**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Floyd A. Graf
                        Plaintiff,

v.                                                  Case No.: 1:20−cv−01475
                                                  Honorable Matthew F. Kennelly

Fifth Third Bank
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 19, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation [28], plaintiff's claims are to be submitted to arbitration, and proceedings in the present case are stayed pending the arbitration. Defendant';s motion to dismiss and compel arbitration [19] is terminated, and the status hearing set for 8/3/2020 is vacated. The Clerk is directed to terminate the case because it will be inactive. The parties should advise the Court if and when it becomes appropriate for the Court to take further action in connection with or following the arbitration. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.