# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Floyd A. Graf

        Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:20–cv–01475
　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Fifth Third Bank

        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, October 18, 2020:

    MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to stipulation, this case is dismissed with prejudice and without costs. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.